

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

ENTERED
01/26/2016

| | |
|---|---|
| IN RE: <br> Jackqueline Hernandez <br><br>     Debtor(s) | CASE NO. 13–32703 <br> CHAPTER 13 |

## ORDER TO DEPOSIT FUNDS INTO THE COURT REGISRY

The following motion is GRANTED:

*124* – Motion to Deposit Funds into Court Registry. Filed by Trustee William E. Heitkamp (Attachments: # 1 Proposed Order) (Heitkamp, William)

These unclaimed funds may be deposited into the Registry of the Court:

        Amount: $ 323.08
        Owed to: Jackqueline Hernandez

Signed and Entered on Docket: 1/26/16.

                                    by: <u>Kristy Love</u>
                                         Deputy Clerk

This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000–3.