

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

ENTERED
01/26/2016

IN RE:   CASE NO. 13–32703
Jackqueline Hernandez   CHAPTER 13

    Debtor(s)

## ORDER TO DEPOSIT FUNDS INTO THE COURT REGISRY

    The following motion is GRANTED:

*125* – Motion to Deposit Funds into Court Registry. Filed by Trustee William E. Heitkamp (Attachments: # 1 Proposed Order) (Heitkamp, William)

    These unclaimed funds may be deposited into the Registry of the Court:

        Amount: $ 323.08
        Owed to: Jackqueline Hernandez

    Signed and Entered on Docket: 1/26/16.

                              by: <u>Kristy Love</u>
                                    Deputy Clerk

    This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000–3.