UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

APR 0 7 2016

David J. Bradley, Clerk of Court

IN RE:

Jackqueline Hernandez

           (Debtor),

BANKRUPTCY CASE NUMBER
13-32703-H5-13

## PETITION FOR UNCLAIMED FUNDS

Dilks & Knopik, LLC, Attorney-in-Fact for Jackqueline R. Hernandez hereby petitions the Court for $1,130.78 being held in the Registry of the Clerk, U.S. Bankruptcy Court as unclaimed funds for Jackqueline R. Hernandez, debtor.

IF APPLICANT IS A FUNDS LOCATOR, this application includes a Power of Attorney authorizing the undersigned, Dilks & Knopik, LLC, Attorney in Fact, to petition the Court on behalf of the claimant for the release of these funds.

The debtor did not receive the dividend check in the above case for the following reasons:

Dividends were not collected by the debtor, Jackqueline Hernandez. Jackqueline R. Hernandez's current address is listed below.

The creditor(s) current/correct mailing address is:

           Jackqueline R. Hernandez
           300 N Vista Dr Apt 707
           Houston, TX 77073
           Phone No.   (281) 662-6442

Dated: <u>March 2, 2016</u>

*[signature]*

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
35308 SE Center St, Snoqualmie, WA 98065
(425)-836-5728

On <u>3/2/16</u> before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

SEAL

*[signature]*

Andrew T. Drake, Notary Public
My commission expires: September 9, 2019
Notary in and for the State of Washington

*[Notary seal: ANDREW T. DRAKE, COMMISSION EXPIRES, NOTARY PUBLIC, 9-09-19, STATE OF WASHINGTON]*

# CERTIFICATE OF SERVICE OF APPLICATION
# ON U.S. ATTORNEY & U.S. TRUSTEE

Notice is hereby given that on March 2, 2016 a copy of the Application for Release of Unclaimed Funds was served on the U.S. Attorney and U.S. Trustee for the Southern District of Texas by U.S. Mail at the following addresses:

U.S. Attorney's Office
1000 Louisiana St., Suite 2300
Houston, TX 77002-5010

U.S. Trustee's Office
515 Rusk Ave., Ste 3516
Houston, TX 77002

Notice is further given that on March 2, 2016 a copy of the Application for Release of Unclaimed Funds was served on the Case Trustee by Electronic Mail at the following addresses:

William E. Heitkamp
Case Trustee
heitkamp@ch13hou.com

Dated: March 2, 2016

Brian J. Dilks
Dilks & Knopik, LLC
Attorney in Fact for
Jackqueline R. Hernandez

**Unclaimed.fds**
**06/23/98**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

RE: Jackqueline Hernandez )  Case: 13-32703-H5-13
)
) **AUTHORITY TO ACT**
) **Limited Power of Attorney**
Debtor(s) ) **LIMITED TO ONE TRANSACTION**

## USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Jackqueline R. Hernandez** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$1,130.78** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_Jackqueline R. Hernandez_      _Feb 16_, 20_16_
Jackqueline R. Hernandez        Date

Tax ID: XXX-XX-8126

### ACKNOWLEDGMENT

STATE OF _Texas_ )       COUNTY OF _Harris_ )

On this _16_ day of _Feb_, _2016_, before me, the undersigned Notary Public in and for the said County and State, personally appeared **Jackqueline R. Hernandez** known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC _Margaret Fernandez_
Residing at _Spring, TX_
My Commission expires _May 20th, 2018_