**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**



| | | |
|---|---|---|
| In Re: | Jackqueline Hernandez | |
| | **Debtor(s)** | Case No.: 13–32703 |
| | | Chapter: 13 |

ENTERED
04/20/2016

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. William E. Heitkamp is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 4/20/16

_____
KAREN K BROWN
United States Bankruptcy Judge