

| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

ENTERED
05/06/2016

IN RE:

Jackqueline Hernandez

   (Debtor),

**BANKRUPTCY CASE NUMBER**
**13-32703-H5-13**

#131

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Jackqueline Hernandez, in the amount of $1,130.78, was not charged against the bank account of the debtor, within the 90 day limit and an unclaimed money report was entered on 12/03/2015 to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that Jackqueline R. Hernandez c/o Dilks & Knopik, LLC is now claiming the above monies in the petition attached hereto,

It is ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of $1,130.78 to Jackqueline R. Hernandez at the following address:

> Jackqueline R. Hernandez
> C/o Dilks & Knopik, LLC
> 35308 SE Center St,
> Snoqualmie, WA  98065

Signed: May 06, 2016

*Karen K. Brown*
United States Bankruptcy Judge

Unclaimed.fds
06/23/98